IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE L. JONES,<br><br>        Petitioner,<br><br>   vs.<br><br>W. A. DUNCAN, Warden,<br><br>        Respondent. | 1:05-CV-00405-AWI-WMW-HC<br><br>ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

       Petitioner, a state prisoner proceeding pro se, is proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 20, 2005, the court ordered petitioner to pay the $5.00 filing fee, or in the alternative, to submit a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On April 28, 2005, petitioner submitted an application to proceed in forma pauperis. However, petitioner did not file a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the

1  opportunity to submit a certified copy of his trust account statement in support of his request to
2  proceed in forma pauperis, **or** pay the $5.00 filing fee.
3  　　　　　In accordance with the above, IT IS HEREBY ORDERED that within thirty days
4  of the date of service of this order, petitioner shall submit a certified copy of his prison trust
5  account statement for the six month period immediately preceding the filing of the petition, or in
6  the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will
7  result in a recommendation that this action be dismissed.
8  IT IS SO ORDERED.
9  **Dated:   May 11, 2005**　　　　　　　　　　**/s/  William M. Wunderlich**
   bl0dc4　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE