IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE JONES, | 1:05-CV-00405-AWI-WMW-HC |
| Petitioner, | ORDER VACATING REPORT AND RECOMMENDATION OF JUNE 23, 2005 [Document #7] |
| vs. | |
| W. A. DUNCAN, Warden, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [Documents #9, #10, #11] |
| Respondent. | |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On June 23, 2005, the court submitted a report and recommendation to United States District Judge Anthony W. Ishii to dismiss petitioner's case for failure to comply with the court's order for petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee, within thirty days.  On July 18, 2005, July 25, 2005, and August 1, 2005, petitioner

filed completed applications to proceed in forma pauperis with certified copies of his trust account statement. Due to petitioner's submitted applications to proceed in forma pauperis, the report and recommendation of June 23, 2005, shall be vacated. In addition, because examination of the submitted documents reveals that petitioner is unable to afford the costs of this action, petitioner's application to proceed in forma pauperis shall be GRANTED.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The report and recommendation of June 23, 2005, is VACATED; and

2. Petitioner's application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   August 25, 2005              /s/  William M. Wunderlich
bl0dc4                                UNITED STATES MAGISTRATE JUDGE